```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed January 14, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-40604 RLE** |
| **JOSELITO TIONGCO REYES and MARYJANE MONTILLA REYES,** | **Chapter 13** |
| Debtors. | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on December 5, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing December 2012 and continuing through January 2013, debtors will pay $400.00 per month to the Trustee. Beginning February 2013 and continuing thereafter, Debtors will pay $880.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis. Secured claim #16 of Kern County Treasurer-Tax Collector is to be paid at 18% interest per annum.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'