Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621-1900
Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAY 28 2013 MARTHA G. BRONITSKY

In Re

Joselito Tiongco Reyes
Maryjane Montilla Reyes

Debtors(s)

Chapter 13 Case Number:
10-40604-RLE13

## STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

**PURSUANT** to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

MAKE A PAYMENT OF $500 FOR MAY OF 2013. DEBTOR INCREASE PAYMENT TO $1004 PER MONTH FOR 18 MONTHS EFFECTIVE JUNE OF 2013. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE THAT ALL PAYMENTS NEED TO BE ON TIME AND IN THE FULL OR THE CASE WILL BE DISMISSED. DEBTOR'S PAYMETS PAYMENTS ARE DUE BY THE 25TH OF EACH MONTH

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 5/22/13               _____ Debtor
Dated: 5/22/13               _____ Debtor
Dated: 6-10-13               Martha G. Bronitsky
                             Chapter 13 Standing Trustee

Case: 10-40604   Doc# 79   Filed: 06/11/13   Entered: 06/11/13 11:38:55   Page 1 of 2

|   | IN THE UNITED STATES BANKRUPTCY COURT |   |
|---|---|---|
| In re: | | |
| Joselito Tiongco Reyes<br>Maryjane Montilla Reyes | Case No.: 10-40604-RLE13 | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE T MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Joselito Tiongco Reyes  
Maryjane Montilla Reyes  
1330 Road 20  
San Pablo,CA 94806  

(Debtor(s))

Patrick L Forte Atty  
1 Kaiser Plaza #480  
Oakland,CA 94612  

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 10, 2013

/s/ CHRISTIE ACOSTA  
CHRISTIE ACOSTA