Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

The following constitutes
the order of the court. Signed June 12, 2013

Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re

Joselito Tiongco Reyes
Maryjane Montilla Reyes

Debtors(s)

Chapter 13 Case Number:
10-40604-RLE13

## ORDER APPROVING
## STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

Upon consideration of the Stipulation and good cause appearing therefore;

IT IS ORDERED THAT the Stipulation on Trustees Motion to Dismiss for Failure to Make Chapter 13 Plan Payments filed on June 11, 2013 is approved.

END OF ORDER

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Joselito Tiongco Reyes<br>Maryjane Montilla Reyes |
| 3 | 1330 Road 20<br>San Pablo, CA  94806 |
| 4 | |
| | (Debtors) |
| 5 | |
| | Patrick L Forte Atty<br>1 Kaiser Plaza #480 |
| 6 | Oakland, CA  94612 |
| 7 | |
| | (Counsel for Debtor) |
| 8 | 1 800 Loanmart<br>15821 Ventura Blvd #185 |
| 9 | Encino, CA  91436-4799 |
| 10 | Accounts Receivable Management<br>For T Mobile |
| 11 | Po Box 129<br>Thorofare, NJ  08086-0129 |
| 12 | |
| | Ace Cash Express Inc<br>1231 Greenway Dr #700 |
| 13 | Irving, TX  75038 |
| 14 | |
| | Advance America<br>10003 San Pablo Ave |
| 15 | El Cerrito, CA  94530 |
| 16 | Alliance One<br>For Wachovia |
| 17 | 7311 Quality Circle Dr<br>Anderson, IN  46013 |
| 18 | |
| | Amo Recoveries<br>Po Box 926100 |
| 19 | Norcross, GA  30010-6200 |
| 20 | |
| | Avon Card<br>2940 E Foothill Blvd |
| 21 | Pasadena, CA  91172 |
| 22 | Best Service Company<br>10780 Santa Monica Blvd |
| 23 | Suite 140 Los Angeles, CA  90025 |
| 24 | |

# COURT SERVICE LIST

Bureau Of Collection Recovery
For At&T
7575 Corporate Way
Eden Prairie, MN  55344

Bureau Of Collections
7575 Corporate Way
Eden Prairie, MN  55344

California Check Cashing
14375 San Pablo Ave
San Pablo, CA  94806

Capital Management Services
726 Exchange St #700
Buffalo, NY  14210

Capital One Bank C/O American Infosource
Po Box 71083
Charlotte, NC  28272-1083

Capital One Bank Usa
Po Box 71083
Charlotte, NC  28272-1083

Cbsj Financial Corp
Po Box 512020
Los Angeles, CA  90051-0020

Cbsj Financial Corp.
99 W. Faman Dr.
San Jose, CA  95134

Cbsj Financial
Dept 370
Po Box 4115
Concord, CA  94524

Chase Bank Usa
Po Box 15145
Wilmington, DE  19850-5145

Chase Bank Usa, N.A.
Po Box 15145
Wilmington, DE  19850-5145

Childrens Hospital
Po Box 60000 File 7248
San Francisco, CA  94160-7248

|   | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | Comcast<br>Po Box 34227<br>Seattle, WA  98124-1227 |
| 3 | |
| 4 | Cr Evergreen<br>Po Box 91121 Ms 550<br>Seattle, WA  98111-9221 |
| 5 | |
| 6 | Credit Collection Services<br>For Allstate Insurance<br>Two Wells Ave, Dept 9135<br>Newton Center, MA  02459 |
| 7 | |
| 8 | Credit Collection Services<br>For Farmers Insurance<br>Two Wells Ave, Dept 9135<br>Newton Center, MA  02459 |
| 9 | |
| 10 | |
| 11 | Credit One<br>Po Box 60500<br>City Of Industry, CA  91716-0500 |
| 12 | |
| 13 | Csaa<br>Po Box 51114<br>Los Angeles, CA  90051-5414 |
| 14 | |
| 15 | Department Stores National Bank/Macys<br>Nco Financial Systems Inc<br>Po Box 4275<br>Norcross, GA  30091 |
| 16 | |
| 17 | Dept Stores Natl Bank/Macys/Nco Finl Srvs<br>Po Box 4275<br>Norcross, GA  30091 |
| 18 | |
| 19 | Dvs Bonded<br>Po Box 498609<br>Cincinnati, OH  45249 |
| 20 | |
| 21 | East Bay Funding C/O Resurgent Capital Svc<br>Po Box 288<br>Greenville, SC  29603 |
| 22 | |
| 23 | Edgardo C Rubio<br>2442 Hilltop Mall Rd<br>San Pablo, CA  94806 |
| 24 | Franchise Tax Board<br>Po Box 2952<br>Sacramento, CA  95812-2952 |

# COURT SERVICE LIST

Ge Money Bank C/O Recovery Management Systems
25 Se 2Nd Ave #1120
Miami, FL  33131-1605

Jpmorgan Chase Bank, N.A.
Resurgent Capital Services
Po Box 10587
Greenville, SC  29603-0587

Kern County Treasurer- Tax Collector
Po Box 579
Bakersfield, CA  93302-0579

Midland Funding Llc
By American Infosource Lp As Agent
Po Box 4457
Houston, TX  77210-4457

Nco Financial Systems
Po Box 15757
Wilmington, DE  19850-5757

Nco Financial Systems
Po Box 17080
Wilmington, DE  19850-7080

Nco Financial
Po Box 510950
New Berlin, WI  53151-0950

Nissan Motor Acceptance Corp
Po Box 660366
Dallas, TX  75266-0366

Nissan Motor
Pob 660366
Dallas, TX  75266-0366

Onatt No3
Po Box 1022
Wixom, MI  48393

Owtel
969 S Meridian Ave
Alhambra, CA  91803

Paytek
Po Box 10749
Murfreesboro, TN  37129-0015

## COURT SERVICE LIST

Penncro
Po Box 538
Oaks, PA  19456

Pra Receivables Management
Portfolio Recovery Associates
Po Box 12914
Norfolk, VA  23541

Pra Receivables Management
Portfolio Recovery Assocs
Po Box 41067
Norfolk, VA  23541

Pra Receivables Management, Llc
As Agent Of Portfolio Recovery Assocs.
Pob 41067
Norfolk, VA  23541

Rental-Purchase
301 San Pablo Towne Cen
San Pablo, CA  94806

Sallie Mae Pc Trust C/O Sallie Mae Inc
220 Lasley Ave
Wilkes-Barre, PA  18706

Sallie Mae
Po Box 9500
Wilkes Barre, PA  18773-9500

Silver Saddle Ranch & Club
15315 Magnolia Blvd #201
Sherman Oaks, CA  91403

Silver Saddle Ranch & Club
Po Box 122050
Arlington, TX  76012

Toys R Us
Po Box 94012
Palatine, IL  60094-4612

United States Treasury
Po Box 7346
Philadelphia, PA  19101-7346

Valentine & Kebartas Collection Agency
Po Box 325
Lawrence, MA  01842

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Wells Fargo Bank<br>Overdraft Recovery Payment Pre Dept |
| 3 | Po Box 63491 Mac A143-042<br>San Francisco, CA  94163 |
| 4 | Wells Fargo Bank |
| 5 | Po Box 5058  Mac P6053-021<br>Portland, OR  97208 |
| 6 | West Asset Management |
| 7 | 7333 Tam O Shanter<br>Stockton, CA  95210 |
| 8 | West Asset Management<br>Po Box 790113 |
| 9 | Saint Louis, MO  63179-0113 |
| 10 | Winn Law Group<br>110 E Wilshire Ave #212 |
| 11 | Fullerton, CA  92832 |