Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
June 17, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 17, 2014

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br>　Joselito Tiongco Reyes<br>　Maryjane Montilla Reyes<br>　　　　　　debtor(s) | Chapter 13 Case No. 10-40604-RLE13 |

**ORDER VACATING**
**ORDER TO EMPLOYER OF DEBTOR TO PAY EARNINGS TO TRUSTEE**

At the request of the Chapter 13 Standing Trustee the Order to Employer of Debtor to Pay Earnings to Trustee dated 06/04/2014 is hereby vacated.

END OF ORDER

NO COURT SERVICE REQUIRED